**GEORGE M. REIBER**
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623

March 18, 2019

U.S. Bankruptcy Court
100 State Street
Rochester, NY 14614

    **Re**: Jacob P LoTurco
        Chapter 13 Case No.: 19-20083-PRW
        Motion to Dismiss filed March 11, 2019 (ECF No. 24)
        Returnable: March 28, 2019 at 10:00am

To All Parties Concerned:

    Please be advised that I hereby withdraw my Motion to Dismiss Case for Failure to File Required Documents under §521(i)(1) in the above case. The debtor has filed the necessary documents.

    If you have any questions, do not hesitate to contact me.

        Very truly yours,


    /s/_____
        George M. Reiber,
        Chapter 13 Trustee


GMR/hah
xc:    Jacob LoTurco
       David Ealy, Esq.
       U.S. Trustee's Office