# Tasks Required to Prepare Case for Confirmation
## (Identified at the §341 Meeting closed (3/18/2019))

**Jacob Loturco,**  Case No.: 19-20083-PRW
**David Ealy, Esq.**

**The Debtor(s) must provide the following to the Trustee:**

    **Appraisal:**
        Real Estate  _____
            Address:_____
        Other_____  _____
          _____

    **Bank Statements as of the date of filing:**_____  _____

    **Business Valuation:**  _____
        Appraisal _____
        Cashflow Statements _____

    **Cause of Action Attorney Information:**  _____

    **Certificate of Titles**:
        Title(s)  _____
        _____
        _____
        _____
        Purchase Contract  _____
        Loan Completion Date  _____

    **Domestic Support Obligation Form:**  _____

    **File and/or Amend:**
        Schedule A_____  _____
        Schedule B_____  _____
        Schedule C_____  _____
        Schedule D_____  _____
        Schedule E_____  _____
        Schedule F_____  _____
        Schedule G_____  _____
        Schedule H_____  _____
        Schedule I_____  **X**
        Schedule J_____  _____
        B22C Statement  _____
        Amend Plan  **X**
        Serve Plan  **X**
        Adequate Protection Statement  **X**
        Chapter 13 Checklist

**File Motion:**
  §506   _____
  §522 (f)   _____
  Other   _____

**Mortgage:**
  Recorded Deed   _____
  Mortgage   _____

**Proof of Claim(s):** *Attorney Review*   _____

**Review Attorney Fees:**
  File 2016 B Statement   __**X**__
  Provide Time Records   _____
  Compare fees to the unsecured creditors amount   _____
  Compare fees to the suggested No-Look Fee   _____

**§546 Stipulation Information:**   _____

**Other:**
  A letter sent to the Judge regarding indebtedness   _____
  An accounting of how proceeds were used   _____
  Notification of surrender efforts   _____
  Provide original proof of social security number   _____
  Re-Notice Confirmation   _____
  Proof of Insurance on Property
  __**SOFA 27**__   __**X**__
  __**UPDATED COLL PASS THRU**__   __**X**__

This is not an exclusive task list and should be used only as an informational tool for both the debtor(s) and their counsel in preparation for the confirmation hearing.

The Trustee may request that the Court order a reduction in attorneys fees at the confirmation hearing, if the tasks identified above are not timely completed.

                   George M. Reiber
                   Chapter 13 Trustee

GMR/lmc