# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re: Jacob P. LoTurco

Case No. 2-19-20083
Chapter 13

Debtor(s)

## Statement Regarding Pre-Confirmation Adequate Protection Payments

1. Pursuant to the Standing Order of this court dated _____, the debtor(s) propose that the following adequate protection payments shall be made by the Chapter 13 Trustee from plan payments received from the debtor(s):

| | Creditor | Amount Owed | Value of Collateral | Adequate Protection |
|---|---|---|---|---|
| 1 | Carmax Auto Finance | $ 13,708.00 | $ 13,208.00 | $ 254.00 |

2. Unless otherwise specified below, the above payments were calculated as follows:

   a. For secured payments not subject to bifurcation under 11 U.S.C. Section 506, the adequate protection payment is equal to the greater of:

      1. The total amount owed to the creditor as of the filing date divided by the length of the plan, or

      2. The replacement value of the collateral (as determined under 11 U.S.C. §506(a)(2)) divided by 60.

   b. For secured claims subject to bifurcation under 11 U.S.C. §506, the adequate protection payment is equal to the replacement value of the collateral (as determined under 11 U.S.C. §506(a)(2)) divided by 60.

DATED: March 18, 2019
       Date

David H. Ealy, Esq. 2020832 NY
Attorney for the Debtor(s)
CRISTO LAW GROUP LLC
d/b/a Trevett Cristo
Two State Street, Suite 1000
Rochester, NY 14614